UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LUIS ALVAREZ HURTADO,<br><br>                Petitioner,<br><br>v.<br><br>A. NEIL CLARK,<br><br>                Respondent. | No. C07-1741Z<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

    (1)    The Court has received from petitioner completed forms for initiating a case under 42 U.S.C. § 1983 challenging the conditions of confinement. The forms contain both type-written and hand-written text in Spanish. The type-written portions were previously translated from English to Spanish pursuant to the Court's Minute Order dated August 27, 2008, docket no. 22. The Court now orders that the hand-written portions of the completed forms be translated from Spanish to English and then incorporated into an English version of the form, and that both the Spanish and English versions of the completed forms be docketed in Case No. C08-5586-BHS-JKA.

    (2)    Nothing herein shall be construed as setting any type of precedent concerning the translation of documents to or from petitioner in the future.

    (3)    The Clerk is directed to send a copy of this Minute Order to all counsel of record and to petitioner pro se.

Filed and entered this 1st day of October, 2008.

BRUCE RIFKIN, Clerk

By    s/ Claudia Hawney
       Claudia Hawney
       Deputy Clerk

08-CV-05586-ORD