UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

LUIZ ALVAREZ HURTADO,

    Plaintiff,

    v.

NEIL CLARK, et al.,

    Defendants.

Case No. C08-5586BHS

ORDER ADOPTING REPORT AND RECOMMENDATION

This matter comes before the Court on the Report and Recommendation of the Honorable J. Kelley Arnold, United States Magistrate Judge (Dkt. 8). The Court having considered the Report and Recommendation, Plaintiff's failure to file objections, and the remaining record, does hereby find and order:

(1)     The Court adopts the Report and Recommendation; and

(2)     This action is **DISMISSED WITHOUT PREJUDICE**.

DATED this 27th day of February, 2009.

                      BENJAMIN H. SETTLE
                      United States District Judge

ORDER