# United States District Court
WESTERN DISTRICT OF WASHINGTON

LUIZ-ALVAREZ HURTADO

JUDGMENT IN A CIVIL CASE

v.

NEIL CLARK, et al.,

CASE NUMBER: C08-5586BHS

____ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

The Court adopts the Report and Recommendation; and

This action is **DISMISSED WITHOUT PREJUDICE**.

| March 2, 2009 | BRUCE RIFKIN |
|---|---|
| Date | Clerk |

*s/CM Gonzalez*
Deputy Clerk